[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-11377
Non-Argument Calendar
_____

D.C. Docket No. 9:17-cr-80229-RLR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALBERT SAMUKIA JONES SAYE,
a.k.a Albert Jones,

Defendant-Appellant.
_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(October 2, 2018)

Before ED CARNES, Chief Judge, TJOFLAT and NEWSOM Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Appellant's plea agreement is GRANTED.  *See United States v. Bushert*,

997 F.2d 1343, 1350–51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Weaver*, 275 F.3d 1320, 1333 (11th Cir. 2001) (enforcing a sentence appeal waiver where the waiver provision was referenced during the defendant's Rule 11 plea colloquy and the defendant agreed that she understood the provision and entered into it freely and voluntarily); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (enforcing an appeal waiver where a magistrate judge specifically questioned the defendant about it during the plea colloquy, adequately explained the significance of the appeal waiver, and confirmed that the defendant understood the full significance of the appeal waiver).